Probation Form No. 35  
(1/92)

Report and Order Terminating Probation / Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                         Crim. No. 3:02CR7-001/LAC

STEVEN D. PIZZO

On June 25, 2002, the above named was sentenced to a period of three (3) years supervised release. Mr. Pizzo has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

_Russell A. Szafran_  
Russell A. Szafran  
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 2nd day of July, 2009

_Lacey A. Collier_  
Lacey A. Collier  
Senior U.S. District Judge

OFFICE OF CLERK  
U.S. DISTRICT CT.  
NORTHERN DIST. FLA.  
PENSACOLA, FL

09 JUL -6 AM 10: 46

RECEIVED